```
1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ILA C. DEISS (NY SBN 3052909)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7124
6  Fax: (415) 436-7169
   Email: ila.deiss@usdoj.gov
7
   Attorneys for Federal Defendants
8  Federal Bureau of Investigation and
   Phillip Burton Federal Building
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**BZ**

LAYLA MANN,                           )
                                      ) Case No. C 07 3506
          Plaintiff,                  )
                                      )
     v.                               ) **NOTICE OF REMOVAL**
                                      )
FEDERAL BUREAU OF INVESTIGATION and )
PHILLIP BURTON FEDERAL BUILDING,      )
                                      )
          Defendants.                 )
_____)

TO:  Clerk, Superior Court of California
     County of San Francisco
     400 McAllister Street, Rm. 103
     San Francisco, California 94102-3680

     Layla Mann, Pro se
     170 6th Street, #21
     San Francisco, California 94103

PLEASE TAKE NOTICE that on this day Case No. CGC-07-462851 pending in the San Francisco Superior Court is being removed to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), and 1442(a)(1), on behalf of federal defendants Federal Bureau of Investigation and Phillip Burton Federal Building. Upon direction by the Attorney

NOTICE OF REMOVAL
Mann v. FBI
                                    1

General of the United States and pursuant to 28 U.S.C. § 1446, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On April 27, 2007, plaintiff Layla Mann filed a Complaint For Personal Injury, Property Damage, and Wrongful Death in the San Francisco Superior Court against the Federal Bureau of Investigation ("FBI"), Phillip Burton Federal Building, and Does 1 to 100.

2. Plaintiff checked the following causes of section boxes: motor vehicle, general negligence, intentional tort, products liability, premises liability, and other. Specifically, Plaintiff is suing the FBI and the Phillip Burton Federal Building and/or occupants of the Phillip Burton Federal Building for "fraud and deceit, continuous sexual harassment, assault with a deadly weapon, forcible entry, duress, malicious rivalry & competition, voyeurism, mass rape, vandalism, plagiarism, banking fraud, retaliatory & malicious duress & handicap discrimination, theft, embezzlement, counterfeiting, break & entry, breach of covenant of habitability, stalking, intentional & malicious infliction of emotional & physical pain, my injuries, entrapment, attempted murder." She seeks $200 billion in damages.

3. On Plaintiff's Application For Waiver of Court Fees and Costs, Plaintiff states that she is a brain specialist and is unable to pay any court fees and costs.

4. On May 7, 2007, the FBI in San Francisco received copies of the Summons, Complaint, Application For Waiver of Court Fees and Costs, and Civil Case Cover Sheet, which are attached as Exhibit A, and which constitute the only process or pleading which have been received. The U.S. Attorney's Office has not been served as required by Rule 4, Fed.R.Civ.Proc. No trial has been had in this matter.

5. On June 18, 2007, the United States Attorney's Office was notified by the FBI that it had received documents in this matter.

6. This action must be removed to federal district court under 28 U.S.C. § 1442(a)(1) because it is a tort action against the FBI, an agency of the United States. The Phillip Burton Federal Building is a building and not a person or agency. The United States of America is the only party who may be sued in

NOTICE OF REMOVAL
Mann v. FBI

2

1 | a tort action. Exclusive jurisdiction in a tort action against the United States lies in the federal district
2 | court. 28 U.S.C. §§ 1346, 2671, et seq.
3 |     7. A copy of this Notice is being filed with the Clerk of the San Francisco Superior Court. That
4 | filing will automatically effect the removal of the action in its entirety to this Court for all future
5 | proceedings.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: July 5, 2007           By: _____
ILA C. DEISS
Assistant United States Attorney

NOTICE OF REMOVAL
Mann v. FBI

3

# EXHIBIT A

34979

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: FBI & PHILLIP BURTON FEDERAL BUILDING DOES (1-100)
(AVISO AL DEMANDADO):

YOU ARE BEING SUED BY PLAINTIFF: LAYLA MANN
(LO ESTÁ DEMANDANDO EL DEMANDANTE):

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: SUPERIOR COURT OF SAN FRANCISCO 400 McALLISTER STREET SAN FRANCISCO, CA 94102
(El nombre y dirección de la corte es):

CASE NUMBER: 07-462851

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: LAYLA MANN 170 6TH STREET #21 SAN FRANCISCO, CA 94103  415-552-8379
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

DATE: 4/27/07    Clerk, by _____, Deputy
(Fecha)          (Secretario)                (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

[SEAL]

**EXHIBIT A**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

Page 1 of 1

197A-SF-141536-1

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state Bar number, and address):
LAYLA MANN
170 6TH STREET #21
SAN FRANCISCO CA 94103
TELEPHONE NO.: 415-552-8374    FAX NO.:
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO CA 94102
BRANCH NAME:

CASE NAME: LAYLA MANN VS. FBI & PHILLIP BURTON FEDERAL BLDG

**FOR COURT USE ONLY**
ENDORSED
FILED
San Francisco County Superior Court
APR 27 2007
GORDON PARK-LI, Clerk
BY: CRISTINA E. BAUTISTA
   Deputy Clerk

CASE NUMBER: CGC 07- 462851

| CIVIL CASE COVER SHEET | Complex Case Designation | |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) |

JUDGE:
DEPT:

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☑ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☑ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☐ Other non-PI/PD/WD tort (35)

   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☑ Collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)

   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)

   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)

   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400–3.403)
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint (not specified above) (42)

   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☑ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☑ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. ☑ monetary    b. ☑ nonmonetary; declaratory or injunctive relief    c. ☑ punitive

4. Number of causes of action (specify):

5. This case ☐ is ☑ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 4-27-07

LAYLA MANN
(TYPE OR PRINT NAME)    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**

American LegalNet, Inc.
www.FormsWorkflow.com

Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LAYLA MANN<br>170 6TH STREET #21<br>SAN FRANCISCO CA. 94103<br>TELEPHONE NO: 415-552-8374   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO CA. 94102
BRANCH NAME:

PLAINTIFF: LAYLA MANN

DEFENDANT: FBI & PHILIP BURTON FEDERAL BUILDING

☒ DOES 1 TO 100

ENDORSED FILED
San Francisco County Superior Court
APR 27 2007
GORDON PARK-LI, CLERK
BY: CASE MANAGEMENT CONFERENCE SET
BAUTISTA
Deputy Clerk

SEP 28 2007 - 9ᴀᴍ
DEPARTMENT 212

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):

Type (check all that apply):
☒ MOTOR VEHICLE   ☒ OTHER (specify): CONTINUOUS SEXUAL HARASSMENT FRAUD & DECEIT
☒ Property Damage   ☒ Wrongful Death  ASSAULT W/ A DEADLY WEAPON
☒ Personal Injury   ☒ Other Damages (specify): FORCIBLE ENTRY, VOYEURISM,
                                                   DISCRIMINATION,
                                                   PLAGIARIZING STATEMENTS,
                                                   EMBEZZLEMENT,
                                                   MENTAL ENTRAPMENT,
                                                   & PHYSICAL ENTRAPMENT

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded ☐ does not exceed $10,000
                   ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER: 07-462851

1. Plaintiff (name or names): LAYLA MANN
   alleges causes of action against defendant (name or names): FBI & PHILIP BURTON FEDERAL BUILDING

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

**SHORT TITLE:** LAYLA MANN VS. FBI & PHILIP BURTON FEDERAL BUILDING

**CASE NUMBER:**

4. ☑ Plaintiff (name): LAYLA MANN
   is doing business under the fictitious name (specify): LAYLA MANN, MD
   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☑ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1–100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1–100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

**SHORT TITLE:** LAYLA MANN VS. FBI & PHILIP BURTON FEDERAL BLDG.

**CASE NUMBER:**

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☑ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☑ Products Liability
   e. ☑ Premises Liability
   f. ☑ Other (specify): FRAUD & DECEIT, CONTINUOUS SEXUAL HARASSMENT, ASSAULT WITH DEADLY WEAPON, FORCIBLE ENTRY, DURESS, MALICIOUS RIVALRY & COMPETITIVE VOYEURISM, MASS RAPE, VANDALISM, PLAGIARISM, BANK FRAUD, RETALIATORY & MALICIOUS DURESS & HANDJAW DISCRIMINATION, THEFT, EMBEZZLEMENT, COUNTERFEITING, BREAK & ENTRY, BREACH OF CONTRACT

11. Plaintiff has suffered OF VANDALISM, STALKING, INTENTIONAL & MALICIOUS
   a. ☑ wage loss INJURIES OF EMOTIONAL & PHYSICAL PAIN, AND
   b. ☑ loss of use of property ENTRAPMENT, ATTEMPTED MURDER
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage (specify): INNUMERABLE HARM & INJURIES TO MY PERSON DUE TO DEFENDANTS, FBI AND THE OCCUPANTS OF PHILIP BURTON FEDERAL BUILDING, CONTINUOUS SEXUAL HARASSMENT & STALKING AND STEALING FROM ME. SEVERE TRAUMA DUE TO DEFENDANTS.

12. ☑ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are THE FBI AND THE OCCUPANTS AT PHILIP
   a. ☐ listed in Attachment 12. BURTON FEDERAL BUILDING'S TRAITEROUS
   b. ☐ as follows: AND MOST UNCONSCIONABLE METHODS OF COMPLETE AND TOTAL INVASION OF MY PRIVACY AND THEIR MALICIOUS AND MURDEROUS RIVALRY AND COMPETITION WITH ME.

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a: (1) ☑ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ 200,000,000,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: 4-27-07

LAYLA MANN
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 (Rev. January 1, 2007)        COMPLAINT—Personal Injury, Property        Page 3 of 3
                                          Damage, Wrongful Death

— THIS FORM MUST BE KEPT CONFIDENTIAL —

FW-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
LAYLA MANN
170 6TH STREET #21
SAN FRANCISCO CA, 94103

TELEPHONE NO.: 415-552-8374   FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

NAME OF COURT: SUPERIOR COURT OF SAN FRANCISCO
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO CA, 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: LAYLA MANN
DEFENDANT/RESPONDENT: FBI & PHILLIP BURTON FEDERAL BLDG.

**FOR COURT USE ONLY**
Endorsed
FILED
San Francisco County Superior Court
APR 27 2007
GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

CASE NUMBER: 07-462851

I request a court order so that I do not have to pay court fees and costs.

1. a. [✓] I am *not* able to pay any of the court fees and costs.
   b. [ ] I am able to pay *only* the following court fees and costs (specify):

2. My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code): 170 6TH STREET #21, SAN FRANCISCO CA 94103

3. a. My occupation, employer, and employees address are (specify): BRAIN SPECIALIST
   b. My spouse's occupation, employer, and employees address are (specify):

4. [✓] I am receiving financial assistance under one or more of the following programs:
   a. [✓] SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
   b. [ ] CalWORKs: California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. [ ] Food Stamps: The Food Stamp Program
   d. [ ] County Relief, General Relief (G.R.), or General Assistance (G.A.)

5. If you checked box 4, you must check and complete one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.
   a. [ ] (Optional) My Medi-Cal number is (specify):
   b. [✓] (Optional) My social security number is (specify):
      271 - 56 - 1610   and my date of birth is (specify): 02-03-52
      [Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.]
   c. [ ] I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
      [See Form FW-001-INFO, Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

[If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]

6. [ ] My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

[If you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.]

7. [ ] My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. [If you check this box, you must complete the back of this form.]

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.

Date: 4-27-07

LAYLA MANN
(TYPE OR PRINT NAME)   (Financial information on reverse)   (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
FW-001 [Rev. January 1, 2007]

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**
(Fee Waiver)

Page 1 of 2
Government Code,
§ 68511.3
www.courtinfo.ca.gov

FW-001

| PLAINTIFF/PETITIONER: | CASE NUMBER |
| --- | --- |
| DEFENDANT/RESPONDENT: | |

## FINANCIAL INFORMATION

8. ☐ My pay changes considerably from month to month. *[If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.]*

9. **MY MONTHLY INCOME**
   a. My gross monthly pay is: .............. $ _____
   b. My payroll deductions are *(specify purpose and amount)*:
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      My TOTAL payroll deduction amount is: $ _____
   c. My monthly take-home pay is
      (a. minus b.): .................... $ _____
   d. Other money I get each month is *(specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings)*:
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      The TOTAL amount of other money is: $ _____
      *(If more space is needed, attach page labeled Attachment 9d.)*
   e. **MY TOTAL MONTHLY INCOME IS**
      (c. plus d.): ...................... $ _____
   f. Number of persons living in my home: _____
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

      | Name | Age | Relationship | Gross Monthly Income |
      | --- | --- | --- | --- |
      | (1) | | | $ |
      | (2) | | | $ |
      | (3) | | | $ |
      | (4) | | | $ |
      | (5) | | | $ |

      The TOTAL amount of other money is: $ _____
      *(If more space is needed, attach page labeled Attachment 9f.)*
   g. **MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS**
      (a. plus d. plus f): ............... $ _____

10. I own or have an interest in the following property:
    a. Cash ......................... $ _____
    b. Checking, savings, and credit union accounts (list *banks*):
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____

    c. Cars, other vehicles, and boats *(list make, year, fair market value (FMV), and loan balance of each)*:

       | Property | FMV | Loan Balance |
       | --- | --- | --- |
       | (1) | $ | $ |
       | (2) | $ | $ |
       | (3) | $ | $ |

    d. Real estate *(list address, estimated fair market value (FMV), and loan balance of each property)*:

       | Property | FMV | Loan Balance |
       | --- | --- | --- |
       | (1) | $ | $ |
       | (2) | $ | $ |
       | (3) | $ | $ |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately)*:
       $ _____

11. My monthly expenses not already listed in item 9b above are the following:
    a. Rent or house payment & maintenance $ _____
    b. Food and household supplies ......... $ _____
    c. Utilities and telephone ............. $ _____
    d. Clothing ........................... $ _____
    e. Laundry and cleaning ............... $ _____
    f. Medical and dental payments ........ $ _____
    g. Insurance (life, health, accident, etc.) $ _____
    h. School, child care ................. $ _____
    i. Child, spousal support (prior marriage) $ _____
    j. Transportation and auto expenses
       (insurance, gas, repair) ............ $ _____
    k. Installment payments *(specify purpose and amount)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       The TOTAL amount of monthly
       installment payments is: ............ $ _____
    l. Amounts deducted due to wage assignments and earnings withholding orders: $ _____
    m. Other expenses *(specify)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
       (5) _____ $ _____
       The TOTAL amount of other monthly
       expenses is: ....................... $ _____
    n. **MY TOTAL MONTHLY EXPENSES ARE**
       (add a. through m.): ............... $ _____

12. Other facts that support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12)*:

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

FW-001 (Rev. January 1, 2007)  **APPLICATION FOR WAIVER OF COURT FEES / COSTS**  Page 2 of 2
(Fee Waiver)