1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAYLA MANN,

        Plaintiff(s),

   v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

        Defendant(s).
_____/

No. C 07-03506 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/6/07

Signature _____

Counsel for Federal Defendants
(Plaintiff, Defendant, or indicate "pro se")

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is over the age of 18 and not a party to this action.

The undersigned further certifies that she is causing a copy of the following:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

<u>Layla Mann v. FBI et al.</u>
Case No. C 07-03506 BZ

to be served this date upon the parties in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **PERSONAL SERVICE (BY MESSENGER)**

___    **FACSIMILE (FAX)** Telephone No.:_____

to the party addressed as follows:

Layla Mann, Pro se
170 6th Street, #21
San Francisco, California 94103

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of July, 2007 at San Francisco, California.

*Carol E. Wexelbaum*
CAROL WEXELBAUM
Legal Assistant