UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAYLA MANN,

          Plaintiff,

   v.

FEDERAL BUREAU OF INVESTIGATION
et al,

          Defendants.

_____/

Case Number: CV07-03506 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Layla Mann
170 6th Street, #21
San Francisco, CA 94103

Dated: July 16, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk