**CERTIFICATE OF SERVICE**

<u>**Layla Mann v. FBI et al.**</u>
<u>**Case No. C 07-03506 PJH**</u>

The undersigned hereby certifies that she is over the age of 18 and not a party to this action. The undersigned further certifies that she is causing a copy of the following:

**MOTION TO DISMISS**

to be served this date upon the parties in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER)**

____   **FACSIMILE (FAX)**  Telephone No.:_____

to the party addressed as follows:

**Layla Mann, Pro Se**
**170 6th Street, #21**
**San Francisco, California 94103**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of August, 2007 at San Francisco, California.


_____/s/_____
CAROL WEXELBAUM
Legal Assistant