UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAYLA MANN,

    Plaintiff(s),                          No. C 07-3506 PJH

  v.                                    **CLERK'S NOTICE**

FEDERAL BUREAU OF INVESTIGATION,

    Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on **December 20, 2007** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** November 1, 2007 , in this matter.

    Richard W. Wieking
    Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: October 24, 2007