# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Mann,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Federal Bureau of Investigation,<br><br>            Defendant(s). | 07-03506 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03506 PJH                                             -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: December 5, 2007

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Timothy J. Smagacz

                                    _____
                                    ADR Administrative Assistant
                                    415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-03506 PJH                                -2-

PROOF OF SERVICE

Case Name:      Mann v. Federal Bureau of Investigation

Case Number:    07-03506 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>  ADR Program
>  United States District Court
>  Norther District of California
>  450 Golden Gate Avenue Floor 16
>  San Francisco, CA 94102

On December 5, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>  Layla Mann
>  170 6th Street, #21
>  San Francisco, CA 94103
>
>  Ila Casy Deiss
>  United States Attorney's Office
>  450 Golden Gate Avenue
>  P.O. Box 36055
>  Northern District of California
>  San Francisco, CA 94102
>  ila.deiss@usdoj.gov

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 5, 2007 in San Francisco, California.

                                              RICHARD W. WIEKING
                                              Clerk
                                              by:    Timothy J. Smagacz

                                              */s/ Timothy Smagacz*
                                              ADR Administrative Assistant
                                              415-522-4205
                                              Tim_Smagacz@cand.uscourts.gov