1

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5

LAYLA MANN,

6

              Plaintiff,                    No. C 07-3506 PJH

7

       v.                                   **ORDER OF DISMISSAL**

8

FEDERAL BUREAU OF INVESTIGATION,

9    et al.,

10            Defendants.

      _____/

11

12        On October 22, 2007, this court granted defendants' motion to dismiss plaintiff's

13  complaint.  The court dismissed plaintiff's complaint with leave to amend.  Plaintiff was

14  advised to file an amended complaint no later than November 19, 2007, or the case would

15  be dismissed with prejudice.  Plaintiff failed to file an amended complaint by that date.

16        The court has considered the five factors set forth in Malone v. United States Postal

17  Service, 833 F.2d 128, 130 (9th Cir. 1987), and has determined that notwithstanding the

18  public policy favoring the disposition of actions on their merits, the court's need to manage

19  its docket and the public interest in the expeditious resolution of the instant litigation require

20  dismissal of this action.  In view of plaintiff's lack of response to this court's prior order, the

21  court finds there is no appropriate less drastic sanction.

22        Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. Pro.

23  41(b) for plaintiff's failure to prosecute.

24

25  **IT IS SO ORDERED.**

26  Dated: December 10, 2007

27                                          _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge

28

**United States District Court**
For the Northern District of California